**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**CESAR ANDUJAR,**

                        **Petitioner,**                       **9:18-cv-521**
                                                                       **(GLS/DEP)**

              **v.**

**SUSAN KICKBUSH,**

                        **Respondent.**

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR PETITIONER:** | |
| Cesar Andujar | |
| Pro Se | |
| 15-A-3467 | |
| Gowanda Correctional Facility | |
| P.O. Box 311 | |
| Gowanda, NY 14070 | |
| | |
| **FOR RESPONDENT:** | |
| HON LETITIA JAMES | DENNIS A. RAMBAUD |
| New York State Attorney General | Assistant Attorney General |
| 28 Liberty Street | |
| New York, NY 10005 | |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Report and Recommendation by Magistrate Judge David E. Peebles duly filed on June 10, 2019. (Dkt. No. 23.) Following fourteen days from the service

thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 23) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that, because Andujar has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability shall issue with respect to any of the claims set forth in his petition; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

July 1, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge